IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUCZKOWSKI, ET AL., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:14-5311 |
| NORDDEUTSCHE REEDEREI, ET AL., | : | |
| Defendants. | : | |
| STEPHEN DUCZKOWSKI, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 15-1331 |
| PILOT'S ASSOCIATION FOR THE BAY AND RIVER DELAWARE, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 17th day of May, 2017, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs.  The hearing scheduled for May 17, 2017 is **CANCELLED**.

BY THE COURT:

_____
Mitchell S. Goldberg, J.

# PANSINI & MEZROW
ATTORNEYS AT LAW

15TH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

MICHAEL O. PANSINI*
STEVEN M. MEZROW**
GREGORY J. KOWALSKI
ADAM C. DAVIS**

(215) 732-5555
(215) 732-5550

FAX (215) 732-7872

*ALSO MEMBER OF NJ, NY & DC BARS
**ALSO MEMBER OF NJ BAR

May 17, 2017

**VIA FACSIMILE (267) 299-5056**
Hon. Mitchell S. Goldberg
Room 7614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Stephen Duczkowski and Toni Duczkowski, h/w vs.
Norddeutsche Reederei, Siva Ships et al.
**USDC Eastern District, Docket No.: 2:15-cv-05311 and**
Stephen Duczkowski and Toni Duczkowski, h/w vs.
Matthew Sullivan, et al.
**USDC Eastern District, Docket No.: 2:15-cv-1331**

Dear Judge Goldberg:

We are writing to advise the Court that all claims related to the above matters have been settled among and between all parties. We are requesting that today's hearing scheduled for 2:00 p.m. before Your Honor be cancelled. If the Court requires any further information, we are available.

Sincerely yours,

PANSINI & MEZROW

GREGORY J. KOWALSKI

GJK/kas
cc: Carl D. Buchholz, III, Esquire (Via Fax: 215-563-2583)
Frank P. DeGiulio, Esquire (Via Fax: 215-625-0185)
Jeffrey S. Moller, Esquire (Via Fax: 215-832-5792)